UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL NIEVES,<br><br>                      Plaintiff,<br><br>        -against-<br><br>THE CITY OF NEW YORK,<br><br>                    Defendant. | 20-CV-2138 (LLS)<br><br>CIVIL JUDGMENT |

      Pursuant to the order issued October 15, 2020, dismissing the complaint,

      IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed as barred by the *Colorado River* doctrine.

      IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   October 15, 2020
             New York, New York

                                                              _Louis L. Stanton_
                                                               Louis L. Stanton
                                                                  U.S.D.J.